STATE OF HAWAII, Plaintiff-Appellee, *v.* ANTONE BREMER, ALSO KNOWN AS ANTONE TORRES, Defendant-Appellant

No. 5099

January 18, 1972

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Barry Chung,* Prosecuting Attorney, and *Leland H. Spencer,* Deputy Prosecuting Attorney, City and County of Honolulu, for the petition.